# TAB 7

CC-14-089

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF PEDDRO MARQUEZ, JR. AND LISA A. WATKINS AND IN THE INTEREST OF PEDRO MARQUEZ III, JOAQUIN M. MARQUEZ, AND MASON R. MARQUEZ, MINOR CHILDREN | §<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE COUNTY    NOV 17 2014<br><br>ELOY R. GARCIA<br>DISTRICT CLERK STARR Co. TX<br>COURT AT LAW #1 BY _____ DEPUTY<br><br>STARR COUNTY, TEXAS |

### Voluntary Order of Recusal

On November 17, 2014, I, the undersigned Judge of This Court, recuse myself from the above-referenced case.

Accordingly, I hereby **REFER** the cause to the Presiding Judge of the Fifth Administrative Judicial Region, Honorable J. Rolando Olvera, for assignment of a judge to the case.

The Clerk of the Court shall send a certified copy of the order to the Presiding Judge, Fifth Administrative Judicial Region, 200 N. Almond St. Alice, Texas 78332.

The Clerk shall also send a certified copy of this Order to All Counsel of Record.

Signed on _____11/17/_____ 2014

_____
Judge Romero Molina

CC: Mrs. Hilda Gonzalez Garza
Law Office of Hilda Gonzalez Garza
205 E. 5th St.
Rio Grande City, Texas 78582

Via Facsimile: 956-263-1871

CC: Mrs. Carmen Benavides Ramirez
Law Office of Carmen Benavides Ramirez
4715 S. Jackson Rd.
Edinburg, Texas 78539

Via Facsimile: 956-683-7071

0179

# TAB 8



FILED
AT _11:17_ O'CLOCK _A_ M

NOV 21 2014

ELOY R. GARCIA
DISTRICT CLERK STARR CO. Tx
BY _Adam Clerk_ DEP.

# BEFORE THE PRESIDING JUDGE
## OF THE FIFTH ADMINISTRATIVE JUDICIAL REGION OF TEXAS
### NO. 14-5AJR-515

## ORDER OF ASSIGNMENT

Pursuant to Section 74.056, Texas Government Code, I hereby assign **Honorable David Wellington-Chew**, Senior Justice, to **County Court at Law #1, Starr County, Texas.**

The judge is assigned to preside in Cause Number **CC-14-089**, styled IN THE MATTER OF THE MARRIAGE OF PEDRO MARQUEZ AND LISA A. WATKINS AND IN THE INTEREST OF PEDRO MARQUEZ, JR., JOAQUIN M. MARQUEZ AND MASON R. MARQUEZ, MINOR CHILDREN from this date until plenary jurisdiction has expired or the undersigned Presiding Judge has terminated this assignment in writing, whichever occurs first. In addition, whenever the assigned judge is present in the county of assignment for a hearing in this cause, the judge is also assigned and empowered to hear at that time any other matters that are presented for hearing in other cases.

**IT IS THEREFORE ORDERED** that the Clerk of Court to which this assignment is made, if it is reasonable and practicable, and if time permits, give notice of this assignment to each attorney representing a party to a case that is to be heard in whole or in part by the assigned judge.

**IT IS FURTHER ORDERED** that the Clerk, upon receipt hereof, shall post a copy of this order in a public area of the Clerk's office or courthouse so that attorneys and parties may be advised of this assignment.

**SIGNED** on November 18, 2014.

J. ROLANDO OLVERA
**PRESIDING JUDGE, FIFTH ADMINISTRATIVE JUDICIAL REGION**

ATTEST:

ADMINISTRATIVE ASSISTANT     *Copies to the named Court, Assigned Judge and District Clerk. Named Court shall send copies to all counsel.*

0184

# TAB 9

Filed: 1/29/2015 1:26:10 PM
Eloy R. Garcia, District Clerk
Starr County, Texas

Ana Martinez

## CAUSE NO. CC-14-89

| | | |
|---|---|---|
| THE MARRIAGE OF | * | IN THE COUNTY COURT |
| | * | |
| PEDRO MARQUEZ, JR. | * | |
| AND | * | |
| LISA A. WATKINS | * | AT LAW OF |
| | * | |
| AND IN THE INTEREST OF | * | |
| PEDRO MARQUEZ, III | * | |
| JOAQUIN M. MARQUEZ, AND | * | |
| MASON R. MARQUEZ, | * | |
| MINOR CHILDREN | * | STARR COUNTY, TEXAS |

## PEDRO MARQUEZ' THIRD REQUEST AND NOTICE OF PAST DUE FINDINGS OF FACT AND CONCLUSIONS OF LAW

### TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, PEDRO MARQUEZ, JR., Petitioner, a third request is being filed with the Court to state in writing the findings of fact and conclusions of law as provided by rule 296 of the Texas Rules of Civil Procedure. The Court denied Petitioner's Bill of Review on October 9th, 2014 and the petitioner filed his initial "Request for Findings of Fact and Conclusions of Law" on October 17, 2014. More than twenty (20) days have gone by since the initial request and it is for this reason that the petitioner is filing this third request and notice of past due findings of fact and conclusions of law.

### A. INTRODUCTION

1. The Petitioner is Pedro Marquez, Jr.: the Respondent is Lisa A. Watkins.

2. The court signed and denied the Petitioner's Bill of Review on October 9th, 2014.

### B. FIRST REQUEST

3. The Petitioner filed a timely request for findings of facts and conclusions of law on October 17, 2014.

0188

4. The findings of facts and conclusions of law were due on November 6, 2014, twenty (20) days after the request was filed. Tex. R. Civ. P. 297.

## C. SECOND REQUEST

5. Petitioner filed its Second Request within thirty (30) days after his original request.

6. That notice extended the date that the findings of facts and conclusions of law due until November 26th, 2014, forty (40) days after original request.

## D. THIRD REQUEST

7. On November 17, 2014, the Judge Romero Molina voluntarily recused himself from the case.

8. On November 18, 2014, Judge David Wellington Chew was assigned to the case.

9. Petitioner, Pedro Marquez, Jr., asks the court to file the past due findings of facts and conclusions of law.

Respectfully submitted,

The Law Office of
Hilda Gonzalez Garza P.L.L.C.
205 E. 5th St.
Rio Grande City, Texas 78582
Tel: (956) 263-1870
Fax: (956) 263-1871
S.B.N. 00796651

0189

## CERTIFICATE OF SERVICE

I certify that I sent via fax (956) 683-7071 the foregoing documents on January 6th 2015, to Mrs. Carmen Benavidez Ramirez Attorney of Record for Mrs. Lisa A. Watkins, and whose address is 4715 S. Jackson Rd. Edinburg, Texas 78539.

Hilda Gonzalez Garza